# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRIS BRAY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-v-<br><br>FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. MCCARTHY, RALPH PERLEY MCBRIDE, JOHN M. JURELLER and DONALD W. DANIELS,<br>Defendants. | Case No.: 3:17-cv-01617 (VAB)<br><br><br><br><br><br><br><br>OCTOBER 26, 2017 |

## MOTION TO ADMIT ARCHIS A. PARASHARAMI AS A VISITING ATTORNEY

Pursuant to D. CONN. L.CIV. R. 83.l(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Archis Parasharami be permitted to practice as a visiting attorney to represent Defendants Frontier Communications Corporation, Daniel J. McCarthy, Ralph Perley McBride, John M. Jureller and Donald W. Daniels in the above-captioned action.

1.  Mr. Parasharami is a partner at the law firm of Mayer Brown LLP, 1999 K Street, N.W., Washington, DC 20006.

2.  Attached hereto as Exhibit A, and incorporated herein by reference, is an affidavit, duly sworn and executed under penalty of perjury by Mr. Parasharami, setting forth the information required under D. CONN. L.CIV. R. 83.l(d).

3.  Pursuant to D. CONN. L. C1v. R. 83.l(d)(4), within 60 days of Mr. Parasharami's admission as a visiting attorney, the undersigned attorney will file with the Clerk of the Court a certificate of good standing from the bar of the state in which Mr. Parasharami has his primary office.

4. The undersigned will act as local counsel for Frontier Communications Corporation, Daniel J. McCarthy, Ralph Perley McBride, John M. Jureller and Donald W. Daniels in these proceedings, upon to which all pleadings and communications may be sent is as follows:

> Ross H. Garber (ct17689)
> SHIPMAN & GOODWIN LLP
> One Constitution Plaza
> Hartford, CT 06103
> Tel: 860-251-5000
> Fax: 860-251-5219
> rgarber@goodwin.com

5. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

WHEREFORE, the undersigned respectfully requests that this Court admit Archis A. Parasharami to practice as a visiting attorney before this Court to represent Frontier Communications Corporation, Daniel J. McCarthy, Ralph Perley McBride, John M. Jureller and Donald W. Daniels on all matters related to this action.

> DEFENDANTS,
> FRONTIER COMMUNICATIONS
> CORPORATION, DANIEL J.
> MCCARTHY, RALPH PERLEY
> MCBRIDE, JOHN M. JURELLER
> AND DONALD W. DANIELS
>
> By:   /s/Ross H. Garber
> Ross H. Garber (ct17689)
> SHIPMAN & GOODWIN LLP
> One Constitution Plaza
> Hartford, CT 06103
> Tel: 860-251-5000
> Fax: 860-251-5219
> rgarber@goodwin.com

## CERTIFICATION

I hereby certify that on October 26, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ Ross H. Garber
Ross H. Garber