## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRIS BRAY, Individually and On Behalf of All Others Similarly Situated, | Case No.: 3:17-cv-01617 (VAB) |
| Plaintiff, | |
| -v- | |
| FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. MCCARTHY, RALPH PERLEY MCBRIDE, JOHN M. JURELLER and DONALD W. DANIELS, | |
| Defendants. | OCTOBER 26, 2017 |

### MOTION TO ADMIT NIKETA K. PATEL AS A VISITING ATTORNEY

Pursuant to D. CONN. L. CIV. R. 83.l(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Niketa K. Patel be permitted to practice as a visiting attorney to represent Defendants Frontier Communications Corporation, Daniel J. McCarthy, Ralph Perley McBride, John M. Jureller and Donald W. Daniels in the above-captioned action.

1.      Ms. Patel is an associate at the law firm of Mayer Brown LLP, 1221 Avenue of the Americas, New York, New York 10020.

2.      Attached hereto as Exhibit A, and incorporated herein by reference, is an affidavit, duly sworn and executed under penalty of perjury by Ms. Patel, setting forth the information required under D. CONN. L. CIV. R. 83.l(d).

3.      Pursuant to D. CONN. L. CIV. R. 83.l(d)(4), within 60 days of Ms. Patel's admission as a visiting attorney, the undersigned attorney will file with the Clerk of the Court a certificate of good standing from the bar of the state in which Ms. Patel has her primary office.

4.      The undersigned will act as local counsel for Frontier Communications Corporation, Daniel J. McCarthy, Ralph Perley McBride, John M. Jureller and Donald W. Daniels in these proceedings, upon to which all pleadings and communications may be sent is as follows:

> Ross H. Garber (ct17689)
> SHIPMAN & GOODWIN LLP
> One Constitution Plaza
> Hartford, CT 06103
> Tel: 860-251-5000
> Fax: 860-251-5219
> rgarber@goodwin.com

5.      The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

WHEREFORE, the undersigned respectfully requests that this Court admit Ms. Patel to practice as a visiting attorney before this Court to represent Frontier Communications Corporation, Daniel J. McCarthy, Ralph Perley McBride, John M. Jureller and Donald W. Daniels on all matters related to this action.

> DEFENDANTS,
> FRONTIER COMMUNICATIONS
> CORPORATION, DANIEL J.
> MCCARTHY, RALPH PERLEY
> MCBRIDE, JOHN M. JURELLER
> AND DONALD W. DANIELS
>
>
> By:    /s/Ross H. Garber
>     Ross H. Garber (ct17689)
>     SHIPMAN & GOODWIN LLP
>     One Constitution Plaza
>     Hartford, CT 06103
>     Tel: 860-251-5000
>     Fax: 860-251-5219
>     rgarber@goodwin.com

## CERTIFICATION

I hereby certify that on October 26, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

       /s/ Ross H. Garber

       Ross H. Garber