UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRIS BRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. MCCARTHY, RALPH PERLEY MCBRIDE, JOHN M. JURELLER, and DONALD W. DANIELS,<br><br>　　　　　Defendants. | No. 3:17-cv-01617-VAB<br><br><u>CLASS ACTION</u><br><br>DATED: December 19, 2017 |
| LARISA ROZENBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. MCCARTHY, RALPH PERLEY MCBRIDE, JOHN M. JURELLER, and DONALD W. DANIELS,<br><br>　　　　　Defendants. | No. 3:17-cv-01672-VAB<br><br><u>CLASS ACTION</u> |

*Caption continued on next page.*

**<u>MOTION TO ADMIT VISITING ATTORNEY GERALD H. SILK</u>**

| | |
|---|---|
| LISA R. MORROW, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. MCCARTHY, RALPH PERLEY MCBRIDE, JOHN M. JURELLER, and DONALD W. DANIELS,<br><br>    Defendants. | No. 3:17-cv-01759-VAB<br><br>CLASS ACTION |
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>FRONTIER COMMUNICATIONS CORP., DANIEL MCCARTHY, JOHN M. JURELLER, RALPH PERLEY MCBRIDE, JOHN GIANUKAKIS, DONALD DANIELS, MARY AGNES WILDEROTTER, LEROY T. BARNES, JR., PETER C.B. BYNOE, DIANA S. FERGUSON, EDWARD FRAIOLI, PAMELA D.A. REEVE, VIRGINIA P. RUESTERHOLZ. HOWARD L. SCHROTT, LARRAINE D. SEGIL, MARK SHAPIRO, MYRON A. WICK, III, J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, BARCLAYS CAPITAL INC., MORGAN STANLEY & CO. LLC, MIZUHO SECURITIES USA INC., DEUTSCHE BANK SECURITIES INC., GOLDMAN, SACHS & CO., AND UBS SECURITIES LLC.<br><br>    Defendants. | No. 3:17-cv-01825-VAB<br><br>CLASS ACTION |

Pursuant to Local Rule 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves this Court for permission for Gerald H. Silk to appear and practice as counsel for Lead Plaintiff Movants Arkansas Teacher Retirement System ("Arkansas Teacher") and Carlos Lagomarsino in the above-captioned actions. This motion is supported by the accompanying Affidavit of Gerald H. Silk. *See* Exhibit A.

In accordance with Local Rule 83.1(d), the undersigned states the following:

1. The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

2. Gerald H. Silk is counsel for Lead Plaintiff Movants Arkansas Teacher and Carlos Lagomarsino and is a partner of the law firm Bernstein Litowitz Berger & Grossmann LLP, 1251 Avenue of the Americas, New York, NY 10020. Mr. Silk's telephone number is (212) 554-1400, his fax number is (212) 554-1444, and his email address is jerry@blbglaw.com.

3. Mr. Silk is a member in good standing of the following courts:

| *Court where admitted* | *Admission Date* | *Bar Number* |
|---|---|---|
| New York State Bar | 06/03/1996 | 2764140 |
| U.S. District Court, S.D.N.Y. | 03/12/1997 | |
| U.S. District Court, E.D.N.Y. | 03/12/1997 | |
| U.S. District Court, E.D. Mich. | 08/01/2014 | |
| U.S. Court of Appeals, 2nd Cir. | 04/20/2010 | |

4. There are no pending disciplinary complaints against Mr. Silk as a member of the bar in any jurisdiction. Mr. Silk has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing disciplinary complaint.

5. Mr. Silk has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the State of New York with respect to Mr. Silk will be filed within 60 days of the date of admission to this Court.

7. The undersigned counsel, William H. Narwold, of Motley Rice LLC, 20 Church Street, 17th Floor, Hartford, CT 06103, will participate in this action and will provide a local office as required by Local Rules 83.1(c).

8. Mr. Silk is familiar with the issues presented in this case inasmuch as he and his firm have been retained to represent Arkansas Teacher and Mr. Lagomarsino.

9. The payment of a fee of $75.00 is submitted with this Motion pursuant to Local Rule 83.1(d)(3).

Accordingly, the undersigned respectfully requests that the Court grant the instant Motion to Admit Visiting Attorney Gerald H. Silk in this matter.

DATED: December 19, 2017

Respectfully submitted,

*/s/ William H. Narwold*
William H. Narwold (ct 00133)
Mathew P. Jasinski (ct 27520)
**MOTLEY RICE LLC**
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Tel.: (860) 882-1681
Fax: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

*Liaison Counsel for Proposed Lead Plaintiff Arkansas Teacher and Mr. Lagomarsino*

2

## CERTIFICATE OF SERVICE

This is to certify that on December 19, 2017, a copy of the foregoing Motion to Admit Visiting Attorney Gerald H. Silk was filed electronically with this Court. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

*/s/ William H. Narwold*
William H. Narwold (ct 00133)
Mathew P. Jasinski (ct 27520)
**MOTLEY RICE LLC**
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Tel.: (860) 882-1681
Fax: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

*Liaison Counsel for Proposed Lead Plaintiff Arkansas Teacher and Mr. Lagomarsino*