# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRIS BRAY, Individually and On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. McCARTHY, RALPH PERLEY McBRIDE, JOHN M. JURELLER, and DONALD W. DANIELS, <br><br> Defendants. | Case No. 3:17-cv-01617-VAB |
| LARISA ROZENBERG, Individually and On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. McCARTHY, RALPH PERLEY McBRIDE, JOHN M. JURELLER, and DONALD W. DANIELS, <br><br> Defendants. | Case No. 3:17-cv-01672-VAB |
| LISA R. MORROW, Individually and On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. McCARTHY, RALPH PERLEY McBRIDE, JOHN M. JURELLER, and DONALD W. DANIELS, <br><br> Defendants. | Case No. 3:17-cv-01759-VAB |

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, On Behalf Of Itself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>FRONTIER COMMUNICATIONS CORP., DANIEL MCCARTHY, JOHN M. JURELLER, RALPH PERLEY MCBRIDE, JOHN GIANUKAKIS, DONALD DANIELS, MARY AGNES WILDEROTTER, LEROY T. BARNES, JR., PETER C.B. BYNOE, DIANA S. FERGUSON, EDWARD FRAIOLI, PAMELA D.A. REEVE, VIRGINIA P. RUESTERHOLZ, HOWARD L. SCHROTT, LARRAINE D. SEGIL, MARK SHAPIRO, MYRON A. WICK, III, J.P. MORGAN SECURITIES LLC, MERRILL LYNCH, PIERCE, FENNER & SMITH INC., CITIGROUP GLOBAL MARKETS INC., CREDIT SUISSE SECURITIES (USA) LLC, BARCLAYS CAPITAL INC., MORGAN STANLEY & CO. LLC, MIZUHO SECURITIES USA INC., DEUTSCHE BANK SECURITIES INC., GOLDMAN, SACHS & CO., and UBS SECURITIES LLC,<br><br>       Defendants. | Case No. 3:17-cv-01825-VAB |

## MOTION FOR ADMISSION OF VISITING LAWYER

NOW COMES Joseph B. Burns of Rome McGuigan, P.C., a member of the bar of this Court, who respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Attorney Daniel Kuznicki of the firm Brower Piven, P.C. in New York City, New York, as a visiting attorney in this Court, and in support of this Motion, represents the following:

  1.  Mr. Kuznicki is an associate with Brower Piven, P.C., with an office at 475 Park Avenue South, 33rd Floor, New York, New York 10016. Mr. Kuznicki is a member in good

1

standing of the bar of the State of New York, and is admitted to practice before all Courts in the State of New York, the United States District Court for the Southern District of New York, the United States District Court, District of Colorado, and the United States Court of Appeals, Second Circuit.

2. Upon information and belief, Mr. Kuznicki has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing, and has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint. Mr. Kuznicki's fully executed Affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

3. Payment to the Clerk for the fee of $75.00 as required by D. Conn. L. Civ. L. R. 83.1(d)(3) accompanies this application.

WHEREFORE, the undersigned requests that Daniel Kuznicki be admitted to appear as a visiting lawyer as counsel for movants Kevin Demet, Mary Jane M. Demet, Francis L. Ingram, Russell Smith, and Anthony Lattarulo in this action.

Dated: January 10, 2018              ROME MCGUIGAN, P.C.

                                     /s/ Joseph B. Burns
                                     Joseph B. Burns
                                     Federal Bar No. ct00403
                                     One State Street, 21st Floor
                                     Hartford, CT 06103-3101
                                     Tel: (860) 549-1000
                                     Fax: (860) 724-3921
                                     Email: jburns@rms-law.com

                                     *Counsel for the FTR Investor Group and
                                     Proposed Liaison Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the Motion for Admission of Visiting Lawyer was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 10, 2018.

/s/ *Joseph B. Burns*
Joseph B. Burns

Ml.0460