UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRIS BRAY, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>     v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, DANIEL J. MCCARTHY, RALPH PERLEY MCBRIDE, JOHN M. JURELLER, and DONALD W. DANIELS,<br><br>          Defendants. | No. 3:17-cv-01617-VAB<br><br>CLASS ACTION<br><br>DATED: January 22, 2018 |

**MOTION TO ADMIT VISITING ATTORNEY JESSE L. JENSEN**

Pursuant to Local Rule 83.1(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves this Court for permission for Jesse L. Jensen to appear and practice as counsel for Lead Plaintiffs Arkansas Teacher Retirement System ("Arkansas Teacher") and Carlos Lagomarsino in the above-captioned consolidated action. This motion is supported by the accompanying Affidavit of Jesse L. Jensen. *See* Exhibit A.

In accordance with Local Rule 83.1(d), the undersigned states the following:

1. The undersigned is a member in good standing of the bar of the United States District Court for the District of Connecticut.

2. Jesse L. Jensen is counsel for Lead Plaintiffs Arkansas Teacher and Carlos Lagomarsino and is an attorney of the law firm Bernstein Litowitz Berger & Grossmann LLP, 1251 Avenue of the Americas, New York, NY 10020. Mr. Jensen's telephone number is (212) 554-1584, his fax number is (212) 554-1444, and his email address is jesse.jensen@blbglaw.com.

3. Mr. Jensen is a member in good standing of the following courts:

| *Court where admitted* | *Admission Date* | *Bar Number* |
|---|---|---|
| New York State Bar | 04/12/2010 | 4825949 |
| U.S. District Court, S.D.N.Y. | 07/06/2010 | |
| U.S. District Court, E.D.N.Y. | 05/22/2012 | |
| U.S. Court of Appeals, 2nd Cir. | 07/11/2012 | |

4. There are no pending disciplinary complaints against Mr. Jensen as a member of the bar in any jurisdiction. Mr. Jensen has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing disciplinary complaint.

5.   Mr. Jensen has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6.   Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the State of New York with respect to Mr. Jensen will be filed within 60 days of the date of admission to this Court.

7.   The undersigned counsel, William H. Narwold, of Motley Rice LLC, 20 Church Street, 17th Floor, Hartford, CT 06103, will participate in this action and will provide a local office as required by Local Rules 83.1(c).

8.   Mr. Jensen is familiar with the issues presented in this case inasmuch as he and his firm have been retained to represent Arkansas Teacher and Mr. Lagomarsino.

9.   The payment of a fee of $75.00 is submitted with this Motion pursuant to Local Rule 83.1(d)(3).

Accordingly, the undersigned respectfully requests that the Court grant the instant Motion to Admit Visiting Attorney Jesse L. Jensen in this matter.

DATED: January 22, 2018                    Respectfully submitted,

*/s/ William H. Narwold*
William H. Narwold (ct 00133)
Mathew P. Jasinski (ct 27520)
**MOTLEY RICE LLC**
20 Church Street, 17th Floor
Hartford, Connecticut 06103
Tel.: (860) 882-1681
Fax: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

*Liaison Counsel for Lead Plaintiff Arkansas Teacher and Mr. Lagomarsino*

## CERTIFICATE OF SERVICE

This is to certify that on January 22, 2018, a copy of the foregoing Motion to Admit Visiting Attorney Jesse L. Jensen was filed electronically with this Court.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic system.

*/s/ William H. Narwold*
William H. Narwold