D. Conn.<br>
17-cv-1617<br>
Bolden, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty.

Present:

    Raymond J. Lohier, Jr.,
    William J. Nardini,
    Steven J. Menashi,
        *Circuit Judges*.

---

In re Frontier Communications, Corp. Stockholders Litigation      20-1161

---

Appellants Arkansas Teacher Retirement System and Carlos Lagomarsino move to lift the stay of proceedings in this appeal as to one of the Appellees under 11 U.S.C. § 362. Upon due consideration, it is hereby ORDERED that the motion is DENIED. The appeal as to that Appellee will remain stayed, as a matter of discretion, pursuant to the terms of the Court's order dated April 29, 2020. *See Louis Vuitton Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 96 (2d Cir. 2012).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/29/2020