UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE FRONTIER COMMUNICATIONS
CORPORATION STOCKHOLDERS
LITIGATION

No. 3:17-cv-01617-VAB

**LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES
AND LITIGATION EXPENSES**

Pursuant to Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement dated January 18, 2022 (ECF No. 193), and upon (i) the Declaration of Katherine M. Sinderson in Support of (A) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; and (iii) all other papers and proceedings herein, Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("Lead Counsel"), will and hereby does move this Court, before the Honorable Victor A. Bolden, on May 10, 2022, at 12:00 p.m., by video conference, or by such other means or at such other time as set by the Court, for entry of an Order awarding attorneys' fees and litigation expenses. A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: April 5, 2022

Respectfully submitted,

 /s/ Katherine M. Sinderson
**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Katherine M. Sinderson (phv09412)

Jesse L. Jensen (phv09430)
Kate W. Aufses (phv09437)
1251 Avenue of the Americas
New York, New York 10020
Tel.: (212) 554-1400
Fax: (212) 554-1444
katiem@blbglaw.com
jesse.jensen@blbglaw.com
kate.aufses@blbglaw.com

*Counsel for Lead Plaintiffs Arkansas Teacher Retirement System and Carlos Lagomarsino, and Lead Counsel for the Settlement Class*

**MOTLEY RICE LLC**
William H. Narwold (ct 00133)
Mathew P. Jasinski (ct 27520)
One Corporate Center, 17th Floor
20 Church Street
Hartford, Connecticut 06103
Tel.: (860) 882-1675
Fax: (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

*Liaison Counsel for Lead Plaintiffs Arkansas Teacher Retirement System and Carlos Lagomarsino*