# Exhibit 4

# EXHIBIT 4

*In re Frontier Communications Corporation Stockholders Litigation*
No. 3:17-cv-01617-VAB

## SUMMARY OF PLAINTIFFS' COUNSEL'S LODESTAR AND EXPENSES

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 4A | Bernstein Litowitz Berger & Grossmann LLP | 6,094.00 | $3,609,890.00 | $265,841.85 |
| 4B | Motley Rice LLC | 106.40 | $85,240.00 | $1,846.15 |
| | **TOTAL:** | **6,200.40** | **$3,695,130.00** | **$267,688.00** |