UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE FRONTIER COMMUNICATIONS CORPORATION SECURITIES LITIGATION | No. 3:17cv01617 (VAB)<br><br>May 9, 2022 |

MOTION TO ADMIT VISITING ATTORNEY

Pursuant to D. Conn. L. Civ. R. 83.l(d), the undersigned attorney, duly admitted to practice before this Court, hereby moves that Ilana D. Cohen be permitted to practice as a visiting attorney to represent the defendant in the above-captioned action. In support of this relief, I represent the following:

1. Ms. Cohen practices at the law firm of Mayer Brown LLP, which is located at 1221 Avenue of the Americas, New York, NY 10020. Her telephone number is 212-506-2677, her fax number is (212) 262-1910, and her email address is ICohen@mayerbrown.com.

2. Attached hereto as Exhibit A, and incorporated herein by reference, is a declaration duly executed under penalty of perjury by Ms. Cohen, which sets forth the information required under D. Conn. L. Civ. R. 83.l(d).

3. The fees required by the Local Rules of this Court have been submitted in connection with this motion, and, pursuant to Local Rules 83.l(d)(4), a certificate of good standing will be timely filed after this motion is granted.

4. The undersigned will act as local counsel for the defendants in these proceedings, upon to which all pleadings and communications may be sent is as follows:

> Patrick M. Fahey (ct13862)
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103
> Tel: 860-251-5000
> Fax: 860-251-5219
> pfahey@goodwin.com

5. The granting of this motion will not require modification of any scheduling order entered by the Court or the deadlines established by any standing order on scheduling.

Wherefore, the undersigned respectfully moves this Court to admit Ms. Cohen to practice as a visiting attorney to represent the defendants on all matters related to this action.

> Respectfully submitted,
>
> */s/Patrick M. Fahey*
> Patrick M. Fahey (ct13862)
> FOR SHIPMAN & GOODWIN LLP
> One Constitution Plaza
> Hartford, CT 06103
> Tel: 860-251-5000
> Fax: 860-251-5219
> pfahey@goodwin.com
>
> *Attorneys for the Defendants*

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE FRONTIER COMMUNICATIONS CORPORATION SECURITIES LITIGATION | No. 3:17cv01617 (VAB) |

**DECLARATION IN SUPPORT OF**
**MOTION FOR ADMISSION OF ILANA D. COHEN PRO HAC VICE**

I, Ilana D. Cohen, hereby declare:

1. I am an attorney associated with the law firm of Mayer Brown LLP.

2. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter as counsel for the defendants.

3. My contact information is as follows:

   Mayer Brown LLP
   1221 Avenue of the Americas
   New York, NY 10020
   Tel: 212-506-2677
   Fax: (212) 262-1910
   Email: ICohen@mayerbrown.com

4. I am a member in good standing of the following State and Federal Bars (please note that if the "Bar ID No." is blank, that is because the jurisdiction does not issue such identification numbers):

State Bar Admissions:

| Name of Court | Admission Standing | Date of Admission | Bar ID No. |
|---|---|---|---|
| New York | Active | December 3, 2014 | 5303151 |

Federal Bar Admissions:

| Name of Court | Admission Standing | Date of Admission | Bar ID No. |
|---|---|---|---|
| Southern District of New York | Active | December 7, 2018 | |
| Eastern District of New York | Active | June 18, 2019 | |

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I designate Patrick M. Fahey of Shipman & Goodwin LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the forgoing is true and correct.

Executed at New York, New York, this 9th day of May 2022.

_____
Ilana D. Cohen