**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August two thousand and twenty-two,

_____

| | |
|---|---|
| Arkansas Teacher Retirement System and Carlos Lagomarsino, | **ORDER** <br> Docket No. 20-1161 |
| Plaintiffs-Appellants, | |
| v. | |
| Frontier Communications Corporation, Daniel McCarthy, John Gianukakis, John M. Jureller, and Ralph Perley McBride, | |
| Defendants-Appellees. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/05/2022